IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CHARLES MCELROY                                                                    PLAINTIFF

vs.                            Civil No. 6:16-cv-06117

NANCY BERRYHILL                                                                    DEFENDANT
Commissioner, Social Security Administration

## **J U D G M E N T**

For the reasons set forth in the Memorandum Opinion entered on this date, the Court **DISMISSES** Plaintiff's Complaint (ECF No. 1) without prejudice.

**IT IS SO ORDERED this 22nd day of June 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE